JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN ANDRES GUTIERREZ-BUSTOS, <br><br> Defendant. | NO. CR10-5308BHS <br><br> ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE INDICTMENT UNDER SPEEDY TRIAL ACT |

The Court, having considered the parties' Joint Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Gutierrez-Bustos is charged by Felony Information with Eluding Examination at Entry, first and second offense, alleged to have occurred on or about November 1, 1997 and June 30, 2002, in violation of Title 8, United States Code, Section 1325(a). Defendant was arrested and made his Initial Appearance on May 6, 2010, at which time the Court ordered that the defendant be detained in custody pending further proceedings, and Defendant executed a Waiver of Preliminary Hearing.

2. Under the Speedy Trial Act, an Indictment charging a defendant must be filed within 30 days from the date on which the defendant was arrested or served with a summons in connection with such charges. 18 U.S.C. §3161(b). Hence, at the present time, the United

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE     − 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  States must obtain an Indictment in this case on or before May 31, 2010, to meet the
2  requirements of the Speedy Trial Act.

3      3.    The defendant is diligently conducting an investigation into the circumstances
4  surrounding his situation at the time of his alleged offense. The defendant does not believe
5  that his investigation will be completed by the expiration of the time to obtain an Indictment.
6  The defendant believes that the results of its investigation will be essential to preparing his
7  defense, and may facilitate a resolution of this matter.

8      4.    Accordingly, the parties are seeking an Order continuing the time within which
9  an Indictment must be filed on the ground that the "ends of justice served by taking such
10 action outweigh the best interest of the public and the defendant in a speedy trial," as
11 permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(I) and (B)(iv).

12     5.    Given that the defense's investigation remains incomplete, the parties believe
13 that the failure to grant this extension would deny the defense the reasonable time necessary
14 for adequate and effective preparation, taking into account the exercise of due diligence. The
15 parties believe that a denial of a continuance would result in a miscarriage of justice.

16     6.    The defendant has executed a Waiver of Speedy Trial waiving rights under the
17 Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has
18 further agreed that the period from May 31, 2010, until August 30, 2010, shall be an
19 excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE    – 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1   In light of the foregoing, IT IS HEREBY ORDERED that the time to file an indictment
2   be continued to and including August 30, 2010. The period of delay resulting from this
3   May 31, 2010, to August 30, 2010, is hereby excluded for speedy trial purposes under 18
4   U.S.C. § 3161(h)(7).

5   DONE this 19 day of May, 2010.

UNITED STATES DISTRICT COURT JUDGE

10  Presented by:

12
    /s/  Colin Fieman
13  Colin Fieman
    Attorney for Defendant
14

16  /s/  John C. Odell
    John C. Odell
17  Assistant United States Attorney

ORDER GRANTING JOINT MOTION
TO EXTEND INDICTMENT DEADLINE    − 3

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710